OPINION — AG — ** COMMISSIONERS OF THE LAND OFFICE — AUTHORITY OF LEGISLATION TO MANDATE NUMBER OF VOTES REQUIRED TO RESCEND PRIOR ACTION ** THE OKLAHOMA LEGISLATURE HAS THE AUTHORITY TO DIRECT THAT THREE MEMBERS OF THE COMMISSIONERS OF THE LAND OFFICE MAY LEGALLY RESCIND A FORMER ACTION OF THE BOARD. (VETO) CITE: 64 O.S. 154 [64-154], ARTICLE VI, SECTION 32 (J. ANGELA ABLES)